UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 12, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
) Case No. 2:19MJ00155-AC-1
       Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
ALAN HELD, )
)
       Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ALAN HELD__ , Case No. __2:19MJ00155-AC-1__ , Charge __18USC § 2, 1343 ,1349 & 1957__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $___

        ___   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

    ✔   (Other)      __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 12, 2019__ at __2:00 pm__ .

                                            By  /s/ Allison Claire
                                                  Allison Claire
                                                  United States Magistrate Judge

Copy 2 - Court